UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re ) | |
| ) | |
| GARY DON PETTY and, ) | Case No. 18-17701-JGR |
| BARBARA ANN PETTY ) | Chapter 7 |
|              Debtors. ) | |
| _____ ) | |
| ) | |
| DANIEL BEKISH, DEBORAH BLAZKE, ) | |
| and MARK BLAZEK ) | Adv. Proc. No. 18-01408-JGR |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| GARY DON PETTY ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS**

     PLEASE TAKE NOTICE, that effective March 1, 2019, the law firm of Buechler & Garber, LLC has change its firm name and email address as set forth below:

BUECHLER LAW OFFICE, L.L.C.
999 18th Street, Suite 1230 S
Denver, CO 80202

Jonathan Dickey's Email Address is changed as follows: jonathan@kjblawoffice.com

The telephone number and fax numbers will remain the same.

DATED this 5th day of March, 2019

Respectfully submitted,
BUECHLER LAW OFFICE, L.L.C.

*/s/ Jonathan M. Dickey*

_____
Jonathan M. Dickey, #46981
999 18th Street, Suite 1230 S
Denver, Colorado 80202
720-381-0045 / 720-381-0382 FAX
Jonathan@kjblawoffice.com

**CERTIFICATE OF MAILING**

  I certify that on March 5, 2019, I served a complete copy of on the **NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS** following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

**Via CM/ECF:**

Lee Kutner

    */s/ Celina Worley*_____
    For Buechler Law Office, L.L.C.