UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GARY DON PETTY and | ) | Case No. 18-17701-JGR |
| BARBARA ANN PETTY | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |
| IN RE: | ) | Case No. 18-17700-JGR |
| | ) | |
| XPEERANT INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| DANIEL BEKISH, DEBORAH DIANE | ) | |
| BLAZEK, and MARK RANDALL | ) | |
| BLAZEK, | ) | Adv. Proc. No. 18-01408-JGR |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GARY DON PETTY, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO APPROVE STIPULATED PROTECTIVE ORDER**

Gary Don Petty ("Debtor"), by and through his undersigned counsel, Kutner Brinen, P.C., hereby submits this Motion to Approve the Stipulated Protective Order ("Motion"), and in support thereof states as follows:

1. On August 31, 2018 ("Petition Date"), the Debtor filed his voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. On December 3, 2018, Daniel Bekish, Deborah Blazek, and Mark Blazek ("Plaintiffs") filed a Complaint against the Debtor in the above captioned adversary proceeding. The Debtor filed an Answer on December 31, 2018.

3. The Court set Friday, September 13, 2019 as the date discovery must be completed.

4. The Court scheduled the final pretrial conference for November 19, 2019.

5. Discovery related to the adversary proceeding is ongoing. The Plaintiffs have served their First Written Discovery Request on the Debtor. The documents requested by the Plaintiffs contain confidential employee and commercial information. The Debtor has discussed this matter with the counsel for the Plaintiffs; the parties agree that a form of protective order is appropriate to facilitate discovery in this case.

6. Through this Motion, the Debtor respectfully requests the Court approve the Stipulated Protective Order pursuant to Fed. R. Bankr. P. 9018, Fed. R. Bankr. P.7026, and Fed. R. Civ. P. 26, as applicable through Fed. R. Bankr. P. 9014. The form of the Stipulated Protective Order, agreeable to the Debtor and Plaintiffs, is submitted with this Motion.

7. Under Fed. R. Civ. P. 26(c), applicable in contested matters through Fed. R. Bankr. P. 9014(c), the Court may issue, for good cause, a protective order regarding discovery "to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense including . . . requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way." Fed. R. Bankr. P. 7026(c)(1)(G). Similarly, Fed. R. Bankr. P. 9019 permits the Court to "protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information."

8. The Stipulated Protective Order, as proposed, makes clear that sensitive employee information and commercial information, including documents, reports, and electronic data and any other recorded information is "Confidential." Any additional, non-public information expressly designated and marked with the notice "Confidential" may be subject to the Stipulated Protective Order.

9. Under the Stipulated Protective Order, parties in interest may not disclose or use Confidential information for any purpose except for the preparation and trial in the above captioned adversary proceeding and related proceedings in the Debtor's bankruptcy case. Prior to disseminating Confidential information for the limited purposes set forth in the Stipulated Protective Order, counsel shall obtain from anyone reviewing Confidential information an

acknowledgment stating that he or she has read the Stipulated Protective Order and agrees to be bound by its provisions.

10. The Stipulated Protective Order provides a mechanism by which the parties may object to the designation of Confidential information or enforce the terms of the Stipulated Protective Order.

11. The Debtor believes that entry of the Stipulated Protective Order will provide all parties with reasonable protection and facilitate the ongoing discovery related to the above captioned adversary proceeding.

WHEREFORE, the Debtor respectfully requests entry of the Stipulated Protective Order, in the form attached hereto, and grant such further and additional relief as to the Court may appear proper.

DATED: April 25, 2019

Respectfully submitted,

By: */s/ Maureen McIntee Gerardo*
Lee M. Kutner, #10966
Maureen McIntee Gerardo, #52536
**KUTNER BRINEN, P.C.**
1660 Lincoln St., Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400
Telecopy: (303) 832-1510
E-mail: mm@kutnerlaw.com

## CERTIFICATE OF SERVICE

  I certify that on April 24, 2019, I served a complete copy of the foregoing **MOTION TO APPROVE STIPULATED PROTECTIVE ORDER** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Robert Samuel Boughner, Esq.
United States Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Ilene Dell'Acqua, Esq.
Holly R. Shilliday, Esq.
7700 East Arapahoe Road
Suite 230
Centennial, CO 80112

Jonathan Dickey, Esq.
999 18th Street
Suite 1230 South
Denver, CO 80202

                /s/Vicky Martina
                **Vicky Martina**